THE CONSOLIDATED TRACTION COMPANY, PLAINTIFF IN ERROR, v. THE TOWNSHIP OF EAST ORANGE ET AL., DEFENDANTS IN ERROR.

Argued July 5 and 6, 1899—Decided November 20, 1899.

On error to the Supreme Court. For opinion of the Supreme Court, see 32 *Vroom* 202.

For the plaintiff in error, *Riker & Riker*.

For the defendants in error, *Philemon Woodruff*.

PER CURIAM.

The judgment of the Supreme Court is affirmed, on the grounds stated in the opinion of Mr. Justice Lippincott.

*For affirmance*—THE CHIEF JUSTICE, DEPUE, DIXON, GUMMERE, LUDLOW, COLLINS, BOGERT, NIXON, HENDRICKSON, VREDENBURGH. 10.

*For reversal*—None.